IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

NEIL E. PURDY,

Defendant.                                                  No. 13-cr-30070-DRH

## MEMORANDUM AND ORDER

**HERNDON, Chief Judge:**

Now before the Court is defendant's motion for discovery (Doc. 19). Defendant seeks an order to compel the government to produce the names and contact information of all witnesses expected to testify at his trial; copies of all written documentation prepared by police in the course of investigating the incident resulting in charges against defendant; copies of all documents defendant signed while in custody; all videotapes and audiotapes relating to the charges against defendant; items claimed by the government to have been removed from the scene; copies of all written documentation prepared by other people at the government's request that is related to the charges against defendant; and copies of transcripts of all testimony and written memorandum of any kind that was presented in the grand jury hearing.

The government objects to defendant's motion (Doc. 22), arguing that defendant's counsel never contacted it seeking any of the materials requested

prior to filing his motion to compel. Further, the government argues that some of the items requested are inapplicable to the present case. Finally, the government states it will provide defendant with a copy of the grand jury transcript if the Court so authorizes.

The Court, having considered defendant's motion and the government's response, hereby **DENIES** defendant's motion with the exception of the request for the grand jury transcript. The government has already complied with the defendant's requests or will comply with the requests at the appropriate time. In essence, the motion is moot or is otherwise not necessary which is the reason for the requirement to communicate prior to filing. With respect to the grand jury transcript, the Court **ORDERS** the government to produce a copy and provide it to the defendant no later than July 15, 2013.

**IT IS SO ORDERED.**

Signed this 24th day of June, 2013.

David R. Herndon
2013.06.24
14:28:44 -05'00'

**Chief Judge**
**United States District Court**