IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 13-30070-DRH |
| | ) | |
| NEIL E. PURDY, | ) | |
| | ) | |
| Defendant. | ) | |

## GOVERNMENT'S SUPPLEMENTAL MOTION FOR *DE NOVO* REVIEW OF RELEASE ORDER PURSUANT TO 18 U.S.C. §3145(a)

The United States of America, by and through its attorneys, Stephen R. Wigginton, United States Attorney for the Southern District of Illinois, and Angela Scott, Assistant United States Attorney, requests that this Court review and reverse the Magistrate Judge's Order of Release, allowing Defendant Neil Purdy to remain on bond pending sentencing, pursuant to 18 U.S.C. §3145(a). In support of this supplemental motion, the Government states as follows:

1. In its original motion for de novo review filed on January 16, 2014, the Government noted that it had not been able to reach the victim, S.S., and/or her mother, D.S., to determine whether these individuals had anything that they wanted to say to this Court regarding the defendant's release on bond pending sentencing, or if either one had any information that would assist the Court in making its determination.

2. Through law enforcement intervention, we were finally able to locate both D.S. and S.S., and to interview D.S. and S.S. guardian. D.S., who was moved to yet another state, indicated that she was still afraid that the defendant might find her

1

and retaliate against her. She said that Purdy's top secret clearance was the most important thing to him, and that, if Purdy lost his top secret clearance because of her actions, he would retaliate against her. She said that Purdy was "smart enough to find" her. D.S. also stated that S.S. no longer lives with her because of the molestation. She said that S.S. no longer trust her because she feels that D.S. did not protect her. Finally, she said that she knew Purdy had a "nest egg" of $40,000 because she overheard him and his mother discussing it. She concluded by saying that she was afraid that Purdy could use this money to find her.

3. S.S. is currently staying with a relative who is acting as her legal guardian. We spoke with this individual as well about Purdy's release on bond pending sentencing. This individual indicated that he/she was worried that Purdy might try to make contact with S.S. Again, unfortunately, we have not been able to reach him/her to get any additional details regarding S.S.

4. From talking with the guardian, it appears that he/she is afraid that even talking with us will lead to Purdy finding S.S. The same is true of D.S. This is why it is so difficult to reach them.

WHEREFORE, the United States respectfully requests that this Court review and reverse Magistrate Judge Wilkerson's finding that the defendant should be released on bond pending sentencing.

Respectfully submitted,

STEPHEN R. WIGGINTON
United States Attorney

s/*Angela Scott*
ANGELA SCOTT
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, IL 62208
(618) 628-3700 (office)
(618) 628-3730 (fax)
E-mail: Angela.Scott@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 13-30070-DRH |
| | ) | |
| NEIL E. PURDY, | ) | |
| | ) | |
| Defendant. | ) | |

Certificate of Service

I hereby certify that on January 27, 2014, I electronically filed the **Government's Supplemental Motion for *De Novo* Review of Release Order Pursuant to 18 U.S.C. 3145(a)** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

William L Berry, Esq.

Respectfully submitted,

STEPHEN R. WIGGINTON
United States Attorney

s/*Angela Scott*
ANGELA SCOTT
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, IL   62208
(618) 628-3700 (office)
(618) 628-3730 (fax)
E-mail:   Angela.Scott@usdoj.gov

1